**Order Affirmed and Memorandum Opinion filed December 23, 2025.**



In The

# Fifteenth Court of Appeals

### NO. 15-25-00211-CV

**STEVE VAN HORNE, Appellant**

**V.**

**TEXAS HEALTH AND HUMAN SERVICES, Appellee**

**On Appeal from the 459th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-25-004625**

## MEMORANDUM OPINION

Appellant Steve Van Horne has filed a motion challenging the trial court's order, signed on August 14, 2025, finding him not indigent and requiring him to pay court costs in the underlying matter. *See* Tex. R. Civ. P. 145(g). The order contains detailed findings and conclusions, and a reporter's record of the hearing

1

on the indigency contest has been filed by the court reporter. *Id. R.* 145(f).

To establish his indigency, Van Horne was required to show "by a preponderance of the evidence that [he] would be unable to pay the costs, or a part thereof, or give security therefore, if [he] really wanted to and made a good-faith effort to do so[.]" *Higgins v. Randall Cnty. Sheriff's Office*, 257 S.W.3d 684, 686 (Tex. 2008). Having reviewed the motion and the record we cannot conclude that that the trial court's order constitutes an abuse of its discretion. *See Strickland v. iHeartMedia, Inc.*, 668 S.W.3d 34, 37 (Tex. App.—San Antonio 2022, no pet.) (reviewing trial court's order sustaining contest to indigency under abuse-of-discretion standard). Accordingly, we deny the motion and affirm the trial court's order.


PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.